THOMAS TINSLEY, Appellant, *v.* LOUISA A. JEMISON, as Executrix of ELBERT S. JEMISON, Deceased, Respondent.

*Tinsley* v. *Jemison,* 11 App. Div. 623, affirmed.
(Argued January 14, 1898; decided February 1, 1898.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 15, 1896, which affirmed a judgment in favor of defendant entered upon a decision of the court dismissing the complaint on trial at Special Term.

*Frederic A. Ward* for appellant.

*John L. Hill* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.

---

WARREN D. FISHER, Respondent, *v.* THE VILLAGE OF CAMBRIDGE, Appellant.

*Fisher* v. *Village of Cambridge,* 82 Hun, 614, affirmed.
(Argued January 14, 1898; decided February 1, 1898.)

APPEAL from a judgment of the late General Term of the Supreme Court in the third judicial department, entered upon an order made December 4, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion to set aside the verdict and for a new trial.

*D. M. Westfall* for appellant.

*Charles M. Davison* and *James W. Verbeck* for respondent.

Judgment and order affirmed, with costs; no opinion.
All concur.